UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: Gomez, Catalina                )
                                      )
                                      )  Case No. 11-11231-MER
                                      )
                                      )  Chapter 13
                 Debtor/Movant        )

ATTORNEY'S REQUEST FOR CHANGE OF DEBTOR'S ADDRESS

I, Jeff W. Mohrmann, Attorney for Debtor, request that the Debtor's address be updated. The Debtor's address is now:

Catalina Gomez
PO Box 687
Diablo, CA 94528

Respectfully submitted this 1st day of March, 2016, by:

s/Jeff W. Mohrmann
*Attorney for Debtor(s)*

1